AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
)
RIOS-Tanguma, Ricardo )
YOB 1988 )
)
Defendant(s)

Case No. m-14-1782-m

United States District Court
Southern District of Texas
FILED

SEP 12 2014

Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/12/2014__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) 1 | Conspire to knowingly and intentionally possess with intent to distribute approximately 286.5 kilograms of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

On September 12, 2014, at approximately 6:20 a.m., United States Border Patrol Agents Daniel Bzibziak and Gilberto Tellez were monitoring traffic by Highway 83 and El Rincon Road in Roma, Texas in response to narcotics activity in the area. While monitoring the intersection, Agents observed a maroon Chevrolet Impala pass by and turn westbound on Highway 83. At this time, Agents noticed the Chevrolet Impala riding low to the ground from the back and having dark tinted windows. Agents proceeded to follow the Chevrolet Impala for further inspection and attempted to stop the vehicle for an immigration inspection.
[See Attachment A]

☑ Continued on the attached sheet.

_Complainant's signature_
Ralph Garcia, DEA Task Force Officer EDPD
_Printed name and title_

Sworn to before me and signed in my presence.
Date: 9/12/2014

City and state: McAllen, Texas

_Judge's signature_
Dorina Ramos, U.S. Magistrate Judge
_Printed name and title_

ATTACHMENT

The Chevrolet Impala made an immediate southbound turn on Eagle Avenue towards 4th Street and continued to travel. The Chevrolet Impala came to a stop approximately 100 yards west of Eagle Avenue on 4th Street and exited the vehicle and absconded on foot into a brushy area. Agents approached the Chevrolet Impala and observed bundles of suspected narcotics within the vehicle passenger compartment. Upon further inspection of the Chevrolet Impala, Agents observed more bundles of suspected narcotics inside the trunk. As Agents were securing the Chevrolet Impala, Agents heard brush breaking south of their location. Agents proceeded to check the area and encountered Ricardo RIOS-TANGUMA laying on the ground approximately fifteen yards south of the Chevrolet Impala and apprehended him.

RIOS-TANGUMA, Ricardo, the marijuana, and Chevrolet Impala were transported to the Rio Grande Border Patrol Station, where the marijuana was processed and weighed at a total of 286.500 kilograms.

On this same date at about 10:50 a.m., SA James Ibarra and SA Antonio De La Cruz responded to the Rio Grande Border Patrol Station and met with RIOS-TANGUMA, Ricardo. Agents read RIOS-TANGUMA his Miranda warning rights, which he stated he understood and agreed to speak to agents. RIOS-TANGUMA stated he was at his residence located in Roma, Texas, when an individual he knows as AKA: Morram [First Name Unknown, Last Name Unknown] offered to pay him $2,000.00 in United States currency to drive a load of marijuana from his residence to an unknown location in Starr County, Texas. RIOS-TANGUMA stated he accepted the offer and an unknown individual picked up the Chevrolet Impala at his residence. RIOS-TANGUMA stated shortly after the individual returned with the Chevrolet Impala loaded with the marijuana. RIOS-TANGUMA stated he drove away from his neighborhood and got stopped by the Border Patrol Agents.